No. 21, Misc. SCALZO v. HURNEY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Richard R. Ransom* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.

No. 33, Misc. PURIFOY v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 34, Misc. HYDE v. MCMANN, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Frank J. Panizzo,* Assistant Attorney General, for respondent.

No. 36, Misc. WILSON v. MCGEE, ADMINISTRATOR, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* and *Michael R. Marron,* Deputy Attorneys General, for respondents.

No. 39, Misc. KAUFMAN v. TAXICAB BUREAU, BALTIMORE CITY POLICE DEPARTMENT. Ct. App. Md. Certiorari denied. *Leonard J. Kerpelman* for petitioner.

No. 41, Misc. REED v. UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 42, Misc. SAMURINE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.